# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 05-20126-02-Ml |
| ROLANDA WEBB, | |
| Defendant. | |

## ORDER ON ARRAIGNMENT

This cause came to be heard on __May 11, 2005__. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: __Jake Irwin__
ADDRESS: _____
TELEPHONE: _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__  The defendant, who is not in custody, may stand on his/her present bond.

____  The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
United States Magistrate Judge

Charges: conspiracy/drugs

Assistant U.S. Attorney assigned to case: Hall

The defendant's age is: __20__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __5-11-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20126 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT